# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **John J. Toughill,** | **Civil No. 07-2529 (MJD/SRN)** |
| **Plaintiff,** | |
| **v.** | **O R D E R** |
| **Michael J. Astrue, Commissioner of Social Security,** | |
| **Defendant.** | |

John J. Toughill, pro se, P.O. Box 52065, Minneapolis, Minnesota 55402

Lonnie F. Bryan, Office of the United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota, 55415, on behalf of Defendant

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson.  No objections to the Report and Recommendation were filed within the requisite time period.  Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss (Doc. No. 9) is **GRANTED**; and

2. This matter is **DISMISSED WITHOUT PREJUDICE**.

Dated: July 14, 2008

                                              s/Michael J. Davis
                                              MICHAEL J. DAVIS
                                              Chief Judge
                                              United States District Court